IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSE JESUS CASTREJON, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION NO. 11-0113-KD-C |
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION NO. 08-0094-KD |
| Respondent. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 28, 2011, is **ADOPTED** as the opinion of this Court.

**DONE** this 29th day of July, 2011.

                                                   s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**